

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00451-CV

Celia Beatriz **GARCIA**,
Appellant

v.

Michael Anthony **BENAVIDES**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-09-32349-CV
Honorable Ron Carr, Judge Presiding

# O R D E R

The reporter's record was due on July 22, 2019.  *See* TEX. R. APP. P. 35.1.  On July 31, 2019, court reporter Richey Gentry filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision."  *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order.  *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court